# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Better Direct, LLC | )     ASBCA No. 61175 |
| | ) |
| Under Contract No. N00024-16-P-5132 | ) |

APPEARANCE FOR THE APPELLANT:       Robert C. Warnicke, Esq.
                                              Warnicke Law PLC
                                              Phoenix, AZ

APPEARANCES FOR THE GOVERNMENT:    E. Michael Chiaparas, Esq.
                                              DCMA Chief Trial Attorney
                                             Samuel W. Morris, Esq.
                                              Trial Attorney
                                             Defense Contract Management Agency
                                             Chantilly, VA

## ORDER OF DISMISSAL

The appeal has been settled. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: June 7, 2018

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61175, Appeal of Better Direct, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals